**No. 41458.**—Protest 894062–G of American Merchandise Co. (Los Angeles).

Opinion by McCLELLAND, P. J.    The sample consists of an oval-shaped article having a back of soft rubber to which is attached a thin piece of india rubber having bristle-like rubber protuberances.    The article is obviously intended for use in connection with the bath.    On the record presented the protest was overruled.

**No. 41459.**—Protest 979648–G of Evangeline Products, Inc. (New York).

Opinion by McCLELLAND, P. J.    It was stipulated that the merchandise consists of brushes used for cleaning shoes the same as those passed upon in *Sears* v. *United States* (26 C. C. P. A. 161, C. A. D. 11).    They were therefore held dutiable at only 50 percent under paragraph 1506 as claimed.

**No. 41460.**—Protest 982709–G of Gibson Thomsen Co., Inc. (New York).

Opinion by McCLELLAND, P. J.    It was stipulated that the merchandise consists of cloth brushes and hat brushes similar to those passed upon in *United States* v. *Heinrich* (26 C. C. P. A. 292, C. A. D. 30).    The claim at only 50 percent under paragraph 1506 was therefore sustained.

**No. 41461.**—Protest 920785–G of Henry Rowe Mfg. Co. (Detroit).

Opinion by McCLELLAND, P. J.    In accordance with stipulation of counsel the protest was sustained.

**No. 41462.**—Protest 938968–G of General Concessions Corp. (Cleveland).

Opinion by McCLELLAND, P. J.    It was stipulated that the wooden peg trick item is in chief value of wood and not bamboo.    The claim at 33⅓ percent under paragraph 412 was therefore sustained.    It was also stipulated that the rubber trick flower cannot be used for ornamental or decorative purposes and is in chief value of rubber.    The claim at 25 percent under paragraph 1537 (b) was therefore sustained.

**No. 41463.**—Protest 975234–G of Toa Kigyo Corp. (New York).

Opinion by McCLELLAND, P. J.    In accordance with stipulation of counsel and on the authority of *Nozaki* v. *United States* (C. D. 61) the boxes in question were held entitled to free entry as claimed.